```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DANTE EVANS,

                Plaintiff,

  - against -

HOUZZ, INC.,

                Defendant.

25-cv-7644 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **December 19, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:   New York, New York
         September 19, 2025

                                            John G. Koeltl
                                       United States District Judge